*E-Filed 2/11/11*

1  Kathryn G. Spelman, Esq. (Cal. Bar No. 154512)
   Daniel H. Fingerman, Esq. (Cal. Bar No. 229683)
2  Mount, Spelman & Fingerman, P.C.
   RiverPark Tower, Suite 1650
3  333 West San Carlos Street
   San Jose CA  95110-2740
4  Phone: (408) 279-7000
   Fax:    (408) 998-1473
5  Email: kspelman@mount.com, dfingerman@mount.com
6
   Counsel for San Francisco Technology Inc.
7
                    United States District Court
8       Northern District of California, San Francisco Division
9
   San Francisco Technology Inc.          Case No. 5:10-cv-01657-RS-HRL
10
                   Plaintiff              [Proposed] Order Adopting Agreed Schedule for Motion
11                                        Briefing and Hearing
12  vs.
13  West Coast Chain Mfg. Co.
14                  Defendant
15
16
17
18
19
20
21
22
23
24
25
26
27
28

MOUNT, SPELMAN & FINGERMAN, P.C.
RIVERPARK TOWER, SUITE 1650
333 WEST SAN CARLOS STREET
SAN JOSE, CALIFORNIA 95110-2740
TELEPHONE (408) 279-7000

MOUNT, SPELMAN & FINGERMAN, P.C.
RIVERPARK TOWER, SUITE 1650
333 WEST SAN CARLOS STREET
SAN JOSE, CALIFORNIA 95110-2740
TELEPHONE (408) 279-7000

On February 3, 2011, the court held a case management conference (CMC) in this case, jointly with other cases in which the defendants were severed from *San Francisco Technology Inc. v. Adobe Systems Inc.*, Case No. 5:09-cv-06083-RS.

West Coast Chain has filed a motion to transfer venue, and the defendants in most of the severed cases have indicated that they intend to file motions to dismiss.  At the CMC, the court directed the parties to meet and confer on a schedule for briefing and hearing of these motions.  The court is informed by SF Tech that the parties have agreed to the following schedule for those motions.

| **Date** | **Event** |
|----------|-----------|
| March 14, 2011 | Deadline for defendants to file motions to dismiss |
| April 5, 2011 | Deadline for plaintiff to file opposition to West Coast Chain's venue motion |
| May 5, 2011 | Deadline for plaintiff to file oppositions to motions to dismiss |
| May 12, 2011 | Deadline for defendants to file replies |
| May 26, 2011, 1:30pm | Hearing on all motions |

For good cause, the above schedule is adopted.  It is so ordered.

Date: __ 2/10/11 _____          _____

Honorable Richard Seeborg, U.S. District Judge